UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| v. | § § | EP:24-CR-2539-DCG |
| BRANDON REYES-JARMILLO, | § § | |
| *Defendant*. | § § | |

## ORDER GRANTING DEFENDANT'S TRAVEL REQUEST

Defendant has moved for permission to travel to Ciudad Juarez, Mexico on March 19, 2025, to visit with his family. Mot. ECF No. 41, at 1.

After due consideration, the Court **GRANTS** the Motion (ECF No. 41).

**IT IS ORDERED** that Defendant be allowed to travel to Ciudad Juarez, Mexico on March 19, 2025, and return that same day in coordination with his Pretrial Services Officer.

**So ORDERED and SIGNED this 7th day of March 2025.**

_____
DAVID C. GUADERRAMA
SENIOR U.S. DISTRICT JUDGE